## SOUTHERN BELL TELEPHONE AND TELEGRAPH COMPANY

v.

## ADMINISTRATOR, DIVISION OF EMPLOYMENT SECURITY OF DEPARTMENT OF LABOR, State of Louisiana, and Minnie C. Middleton.

No. 48997.

Dec. 13, 1967.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

205 So.2d 441

## In re STATE in the Interest of the minor Johnny NOEL, Jr.

No. 49041.

Jan. 11, 1968.

Writ refused. Applicant has not made a sufficient showing to warrant the exercise of this Court's original or supervisory jurisdiction.